# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:14-CR-00152-RJC-DSC

| USA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CHARLES JOSIAH CHAMBERS, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 47), as to Charles Josiah Chambers, without prejudice, following his plea to an Information in Case No. 3:14-cr-219.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 47), is **GRANTED** and the Indictment and Superseding Indictment, (Doc. Nos. 3, 16), are **DISMISSED** as to Charles Josiah Chambers, without prejudice.

Signed: December 16, 2014

Robert J. Conrad, Jr.
United States District Judge